UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jonathan Cauvil

Plaintiff,

[Insert full name of plaintiff/prisoner]

CV 25 5265

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

BULSARA, J.

LOCKE, M. J.

JURY DEMAND
YES ✓ NO ______

-against-

nassau County
Tangerdi
Lopez
3340 name start's with and O
Rocco was corple in charge

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 19 2025 ★
BROOKLYN OFFICE

RECEIVED
September 19, 2025
PRO SE OFFICE

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Jonathan Cauvil

If you are incarcerated, provide the name of the facility and address:

100 Carmen ave East meadow 11554-1146

Prisoner ID Number: 2025004004

RECD IN PRO SE OFFICE
SEP 19 '25 AM10:06

If you are not incarcerated, provide your current address:

____________________

____________________

____________________

Telephone Number: ____________________

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Tangerdi
Full Name

CO
Job Title

100 Carmen ave East Meadow,
NY 11554-1146
Address

Defendant No. 2

Lopez
Full Name

Co
Job Title

100 Carmen ave East Meadow,
NY 11554-1146
Address

Defendant No. 3

O 3340
Full Name

Co
Job Title

____________________

100 Carmen Ave East meadow, NY 11554-1146
Address

Defendant No. 4 Corple Rocco
Full Name
Corple
Job Title
100 Carmen Ave East meadow, NY 11554-1146
Address

Defendant No. 5 ______________________
Full Name
______________________
Job Title
______________________
______________________
Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Nassau County Jail (N.C.C)

When did the events happen? (include approximate time and date) 9/12/25 around 9:13pm E1H 8cell

**Facts: (what happened?)** Officer Tangerdi and Lopez Just Came up to me during my time out as a P.C. and Said to Lock in I asked what for they Said because I might be hiding medication So theee officer walked me to my Cell. while officer O was Searching me outside of my Cell I told him my leg's Couldn't open because of some injurie's I have he Just kicked my legs open While Tangerdi and Lopez was Searching my Room So they found nothing. Then officer Lopez and Tangerdi waited for me inside my Cell, officer O Said goin into your cell now, when I got into my cell Tangerdi and Lopez started beating me up while I was laying on my bed. I try to Cover my face So I went into a ball and they Just kept Punching me behind my head, leg's, behind my neck and right ear's and back. They Punched me For about one minute until I yelled alright I had enough they Finally Stopped hitting me and locked me in all night didn't give me my hour out as a P.C.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Right Forearm a little Swollen and my bone in my right hand hurt's also my neck hurt's and behind my right ear is a little Swollen. and my leg's hurt I Could bearly walk

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

I want ~~Just~~ Justice and Proper medical Attention. ~~Also I want to~~ be release from Custody And to be rewarded for my injury's. $250,000

I declare under penalty of perjury that on 9/13/25 (date), I delivered this complaint to prison authorities at N.C.C. (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/13/25

[signature]
Signature of Plaintiff

Name of Prison Facility or Address if not incarcerated

Address

2025004004
Prisoner ID#

rev. 12/1/2015

NAME Jonathan Cauvil
C.C.# [redacted] 2025004004
LOCATION E1H8
100 CARMAN AVENUE
EAST MEADOW, NY 11554-1146

MID-ISLAND NY 117
15 SEP 2025 PM 5 L




United States District
Court Eastern District of
New york
225 Cadman Plaza East
Brooklyn, NY 11201
Attention: Pro Se Office

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 19 2025 ★
BROOKLYN OFFICE

11201-183299