Jonathan Cauvil 07/04/2026 125 N kings ave Lindenhurst NY 11757

Letter of update and to notify the courts I may have a attorney to represent me on this federal matter 1983 12/02/2025

To the Clerck at federal plaza

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2026 ★
LONG ISLAND OFFICE

RECEIVED
JUL 13 2026
EDNY PRO SE OFFICE

Im writing the letter to inform the court that I have an attorney representing me on a claim 12/02/2025 for the my broken ribs which I did wrote you guys about this matter 1/10/2026.When I was released from Nassau county correctional centel. I was released on 01/02/2026.for a six month sentence I was serving at the facility....which I as you know I was assault by correctional officer three times and two of these 1983 civil rights was filed while I was serving time there these are yalll of the dates of the incidents 09/12/2025 time 9:13pm location e1h8 cell,09/26/2025 time 3:00pm location e1f08 cell and 12/02/2025 time 10:00am location e1f42 cell ....any question you could reach me on my cell phone 917-933-5104

REC'D IN PRO SE OFFICE
JUL 13 '26 PM1:47

p.s Jonathan Cauvil or contact me through email: jonathancauvil@outlook.com

The Law Firm That represent me
is mr. Hermann P. Gruber P.C.
Phone number is 516-663-0999
he filed a notice of Claim for the matter 12/02/2025
When they Broke my rib in nassau County Center
100 Carman ave, eastmeadow
11554, NY

Jonathan Cauvil
125 N Kings Ave
Lindenhurst NY 11757

Clerk of U.S. District Court




100 Federal Plaza
P.O. Box 9014
Central islip, NY 11722-9014

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2026 ★
LONG ISLAND OFFICE