840 uniondale Ave apt F10 9/2/2026
Jonathan Cauvil DOB: 08/28/199c

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP - 4 2026 ★
LONG ISLAND OFFICE

RECEIVED
SEP - 4 2026
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
SEP 4 '26 PM3:51

Dear: Courts I have received your docket letter for case's CV-05265 and CV-05628-SJb-sil. It's very unclear on what you want me to do. I sent my letter stating I Filed several grievances on these matters while I was incarcerated. I sent you this letter stating that I did this on 09/12/2025 and 09/26/2025. I sent this notice to you on July 4 also I Filed a waver which was granted by the Judge due to my low income I was able to get the fee waved. on both filing Fee's. So I need them to update on the next proceedings they said the case was reopened on 7/28/2026. I wont be available ~~[illegible]~~ 9/8/2026 because ill be serving a two weeks sentence at rikers island ill be back 9/28/2026 I could still be able to communicate with you guy by sending the mail to the address I provided 840 uniondale ave apartment F10. I need a proper docket sent to me letting me know the next steps.

because I would hate for my case to be terminated again please and thank you

P.S Jonathan Cauvil

JonathanCauvil
840 uniondale Ave
Apt F10. 11553

MID-ISLAND NY 117
2 SEP 2026 PM 6 L

FOREVER·USA

Clerk of u.s. District Courts
100 Federal Plaza
Central islip, Newyork 11722

USMS

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 04 2026 ★
LONG ISLAND OFFICE

11722-443800