UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JONATHAN CAUVIL,

Docket No. 25-CV-5265

Plaintiffs,

- against -

**AMENDED ANSWER**

NASSAU COUNTY, CO TANGERDI, CO LOPEZ and OFFICER LIREN CHEN,

Defendants.
-----------------------------------------------------------------x

The Defendants, NASSAU COUNTY, CO TANGERDI, CO LOPEZ AND OFFICER LIREN CHEN, appearing herein by its attorney, THOMAS A. ADAMS, County Attorney of Nassau County, by STACEY P. SUNSHINE, Deputy County Attorney, for its amended answer to the complaint herein, sets forth upon information and belief, as follows:

**AS AND FOR AN ANSWER TO I:**

Denies knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered I of the complaint except admits that Plaintiff Jonathan Cauvil was incarcerated at Nassau County Correctional Center under CC#2025004004.

**AS AND FOR AN ANSWER TO II STATEMENT OF CLAIM:**

Denies each and every allegation contained in paragraphs numbered II Statement of Claim of the complaint.

**AS AND FOR AN ANSWER TO II A:**

Denies each and every allegation contained in paragraph numbered II A of the complaint.

**AS AND FOR AN ANSWER TO III:**

Denies allegations contained in paragraph III of the complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE:**

Plaintiff has failed to mitigate damages in this matter.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE:**

Plaintiff fails to state a cause of action against the County Defendants upon which relief can be granted.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE:**

That at all the times mentioned in the complaint and herein mentioned, all employees of the defendants alleged to have anything to do with the plaintiffs acted in their respective official capacities, and as members of the Police Department of Nassau County and they were and still are police officers and peace officers of the State of New York.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:**

The alleged acts of conduct of the named defendants herein, under the case of Monell v New York State Department of Social Services does not create vicarious liability pursuant to the doctrine of respondeat superior and consequently Nassau County cannot be liable for any acts or conduct of any individual defendant herein, as a matter of law.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:**

The actions complained of were in full accord with the applicable law.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:**

Plaintiff's constitutional and statutory rights have not been violated by the named defendants herein.

**AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE:**

That if the Plaintiff sustained the damages as alleged in the complaint, such damages were sustained solely through and by virtue of the negligent conduct of the Plaintiff without any negligence on the part of the defendants, its agents, servants or employees contributing thereto.

**AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE:**

Punitive damages may not be recovered against the County of Nassau as a matter of law.

**AS AND FOR AN NINTH AFFIRMATIVE DEFENSE:**

The County of Nassau, its agencies, departments and/or employees at all applicable times herein enjoyed a full, partial or qualified immunity from civil suit.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE:**

The Plaintiff has failed to exhaust his administrative remedies.

**AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE:**

That the use of such physical force as employed by the defendants in effectuating the arrest of the plaintiff was reasonable and justified as defined in the Penal Law, Criminal Procedure Law and the Nassau County Police Department's Rules and Regulations. That the Plaintiff resisted a lawful arrest, and the use of physical force by the defendants was necessary and proper to overcome the Plaintiff's unlawful resistance.

**AS AND FOR TWELVTH AFFIRMATIVE DEFENSE:**

Pursuant to General Obligations Law § 15-108 and the ruling in *Williams v. Niske*, 81 N.Y.2d 437, 599 N.Y.S.2d 519, the defendants demand a set-off corresponding to the amount of any settlement reached with any other tortfeasor(s) involved in the operative facts of this lawsuit, whether or not they are currently named as defendants herein.

**WHEREFORE,** the County defendants demand judgment dismissing the complaint herein with prejudice, together with the costs and disbursements of this action.

Dated: Mineola, New York
October 5, 2026

Yours, etc.,

**THOMAS A. ADAMS**
County Attorney of Nassau County

By: *Stacey P. Sunshine*
STACEY P. SUNSHINE (SP0399)
Attorney for County Defendants
One West Street
Mineola, New York 11501
(516) 571-6444